UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YOUTOO TECHNOLOGIES, LLC,

                      Plaintiff,

v.

TWITTER, INC.,

                      Defendant.

Case No. 3:17-cv-00414-LRH-WGC

**ORDER**

On July 10, 2017, Twitter filed a motion to compel interested party Strategic Gaming Management LLC (SGM) to produce documents pursuant to Federal Rule of Civil Procedure 45. (ECF Nos. 1, 1-2, sealed version at ECF No. 2-1.) SGM filed a response (ECF Nos. 5, 5-1), and Twitter filed a reply (ECF Nos. 7, 7-1 to 7-6, sealed version at ECF Nos. 8, 8-1 to 8-4). The court held a hearing on the motion on August 29, 2017.

After hearing argument from counsel, the motion to compel will be held in abeyance. Within **fourteen (14) days** of the date of this Order SGM is directed to file and serve a declaration from SGM's ninety-nine percent owner, Grant Lincoln, addressing the following:

(1) the steps Mr. Lincoln undertook to search for documents responsive to Twitter's Rule 45 subpoena;

(2) Mr. Lincoln's practice of purging emails received in his inbox; whether emails were purged following service of the subpoena; if emails were purged after the subpoena was served, when this occurred; and, if emails were purged that relate to Youtoo, whether there is a mechanism to recover those emails that would not subject SGM to undue burden and expense;

(3) whether the entirety of documents in Mr. Lincoln's physical file related to Youtoo were produced, or whether any documents in that file (or those files) were withheld on the basis of any objection.

After the court has an opportunity to review Mr. Lincoln's declaration, it will issue an order on Twitter's motion to compel.

**IT IS SO ORDERED.**

DATED: August 29, 2017.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE